IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHERRY BROWN,

Plaintiff,

vs.

KIMON THERMOS, TODD BLACHE, RAYMOND JOSEPH LOHIERJR., TAMMI M. HELLWIG, TANYA FAYE, CRAIG SCHATZMAN, EDGARDO RAMOS, TERESA L. RILEY, DIRECTOR KASH PATEL, DAKOTA RAMSEUR, ROWAN WILSON, VANESSA FANG, BRIAN GOTLIEB, HECTOR LASSALE, JOHN P. BURNS, DAVID VENTULLA, ERIC KOMITEE, CARMEN PACHECO, DIANNE RENWICK, JOSEPH NOCELLAJR., GINA ABADI, KAM YUEN, WHITNEY CLARK, JOY CAMPANELLI, DARRELL M. JOSEPH, CAROL CRAWFORD, DIRECTOR JOSEPH EDLOW, MARGO BRODIE, DAWN HILL-KEARSE, SUSANNA MOLINA ROJAS, GENINE EDWARDS, JOHN SIEMIETKOWSKI, MARKWAYNE MULLIN, LAURA TAYLOR SWAIN, WAVNY TOUSSAINT, ROBERT H. TEMBECKJIAN, SUZANNE ADAMS, and ANDREA STEWART-COUSINS,

Defendants.

**8:26CV706**

**ORDER**

Plaintiff Sherry Brown, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine

whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 13th day of November, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge